Victor **TOWNES,** Plaintiff–Appellant,

v.

**NEW YORK CITY, Police Department of Staten Island, TNT Police Squad,** Defendants–Appellees.

No. 01–0242.

United States Court of Appeals, Second Circuit.

Jan. 25, 2006.

Victor Townes, Bronx, NY, for Plaintiff–Appellant, pro se.

Mordecai Newman, for Michael A. Cardozo, Corporation Counsel of the City of New York, New York, for Defendant–Appellee.

Present: Hon. JON O. NEWMAN, Hon. ROBERT A. KATZMANN, Circuit Judges, Hon. JED S. RAKOFF,* District Judge.

## SUMMARY ORDER

Plaintiff-appellant Victor Townes, *pro se*, appeals from the judgment of the United States District Court for the Eastern District of New York (Trager, *J.*) entered pursuant to an unreported Decision and Order dated August 22, 2001, granting defendants' motion for summary judgment. The parties' familiarity with the facts is assumed. For substantially the reasons stated in the District Court's thorough opinion, we affirm.

The judgment of the district court is AFFIRMED.